# AFFIDAVIT OF SERVICE

**16-74-DRH/SCW, IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS,**



| STATE: ILLINOIS | NOTARIZED COUNTY: MADISON<br>United States of America | JOB NO:<br>191980 |
|---|---|---|

I, CRAIG VENTIMIGLIA, being duly sworn on oath, state that I affected service as follows:

CLIENT: CAVANAGH & O'HARA LLP16-00074
TYPE OF DOCUMENT: SUMMONS IN A CIVIL ACTION; COMPLAINT; INVOICES
TYPE OF SERVICE: SUBSTITUTE SERVICE
DATE COPIES MAILED TO DEFENDANT: 1st day of February, 2016

1. NAME OF PERSON ATTEMPTED UPON: RICHARD SCHAEFER DBA BELLEVILLE SUPERIOR DRYWALL AND PAINTING, INC
2. DOCUMENT GIVEN TO IF DIFFERENT: SALLY SCHAEFER, Wife/co-resident,
3. DESCRIPTION: Sex: **Female** - Skin: **Caucasian** - Hair: **Gray** - Approx. Age: **Approx 60** - Height: **5'7"** - Weight: **160**
4. ADDRESS: **6802 STATE ROUTE 163 , Millstadt IL 62260**
5. DATE: **01/30/2016** Time of Service: **1:34 PM**
6. COURT DATE: **02/17/2016**

CASE NUMBER : 16-74-DRH/SCW

CASE NAME:

PAINTERS DISTRICT COUNCIL #58 401(K) TRUST FUND, BY AND THROUGH ITS BOARD OF TRUSTEES, ET AL
VS
RICHARD SCHAEFER D/B/A BELLEVILLE SUPERIOR DRYWALL AND PAINTING INC., ET AL.

Signed and sworn to before me on this 1st day of February, 2016.

Notary Public

X _____
**CRAIG VENTIMIGLIA**
License(s): 0129-302956

*[Notary seal: JANICE W LY..., Notary Public, State of Illinois]*

Comments: The server obtained a signature. A COPY OF THE DOCUMENTS WERE SENT TO THE DEFENDANT VIA USPS ON 02/01/16 FROM GLEN CARBON, IL.

*191980*

Cost of Service:

**KELLERMAN INVESTIGATIONS LTD**
IL. DET. LIC: 117-001201
GLEN CARBON, IL 62034
618-288-6662

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Painters District Council #58 401(k) Trust Fund, By and Through Its Board of Trustees, et al., <br><br> *Plaintiff(s)* <br> v. <br> Richard Schaefer d/b/a Belleville Superior Drywall and Painting, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-74-DRH/SCW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard Schaefer
d/b/a Belleville Superior Drywall and Painting, Inc.
6802 State Route 163
Millstdadt, IL 62260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James R. Kimmey
Cavanagh & O'Hara, LLP
333 Salem Place, Suite 240
Fairview Heights, IL 62208
(618) 726-2530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan 22, 2016

*Signature of Clerk or Deputy Clerk*