IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL #58
401(k) TRUST FUND, By and Through
Its Board of Trustees, PAINTERS
DISTRICT COUNCIL #58 FRINGE
BENEFIT FUNDS, and ILLINOIS STATE
PAINTERS WELFARE FUND By and
Through Its Board of Trustees           No. 16-cv-00074-DRH-SCW

          Plaintiffs,

vs.

RICHARD SCHAEFER d/b/a
BELLEVILLE SUPERIOR DRYWALL
AND PAINTING, INC. and SALLY
SCHAEFER d/b/a BELLEVILLE
SUPERIOR DRYWALL AND PAINTING
INC.,

          Defendants.

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

      Pending before the Court is Plaintiffs' Motion for Default Judgment Against Defendants Richard Schaefer, d/b/a Belleville's Superior Drywall and Painting, Inc., et al. (Doc. 17).  Due notice having been given, the Court having been fully advised, and a Clerk's Order of Default (Doc. 12) having previously been entered against defendants, the Court **GRANTS** plaintiff's Motion for Default Judgment, and judgment is hereby entered in favor of plaintiffs Painters District Council #58 401(k) Trust Fund, by and through its board of trustees, Painters District Council

#58 Fringe Benefit Funds, and Illinois State Painters Welfare Fund, by and through its board of trustees, and against defendants Richard Schaefer, d/b/a Belleville's Superior Drywall and Painting, Inc. and Sally Schaefer, d/b/a Belleville's Superior Drywall and Painting, Inc., jointly and severally, as follows:

a. Delinquent contributions in the amount of $10,303.22;

b. Interest in the amount of $1,775.14;

c. Liquidated Damages in the amount of $2,060.64; and

d. Attorneys' fees and costs in the amount of $1,837.00

e. Total Judgment in the amount of $15,976.00.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.05 11:43:03 -05'00'

**United States District Judge**

Defendants' address:

Richard Schaefer  
6802 State Route 163  
Millstadt, IL  62260

Sally Schaefer  
6802 State Route 163  
Millstadt, IL  62260